## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **JACOB DUFFEE**, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:11-CV-2101-L** |
| | § | |
| **LOWE'S HOME CENTERS, INC.,** | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the court is the parties' Amended Stipulation of Voluntary Dismissal with Prejudice

("Amended Stipulation"), filed November 28, 2011. The parties stipulate to dismissal pursuant to

Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  The Amended Stipulation is signed

and agreed to by all parties.  A plaintiff, as a matter of right, may voluntarily dismiss a case under

this rule, and the dismissal is effective without any action on the court's part.  The court therefore

**directs** the clerk of the court to close this case.

    **It is so ordered** this 30th day of November, 2011.

_____
Sam A. Lindsay
United States District Judge

**Order - Page 1**